# BUSHELL, SOVAK, OZER & GULMI LLP
### ATTORNEYS AT LAW
www.bushellsovak.com

| | |
|---|---|
| 28 WEST 44TH STREET, #1014<br>NEW YORK, NY 10036<br><br>TELE (212) 949-4700<br>FAX (212) 286-0513<br><br>CHRISTOPHER J. SOVAK<br>csovak@bushellsovak.com | 199 BRANCHVILLE ROAD<br>RIDGEFIELD, CT 06877<br><br>TELE (203) 403-5132<br>FAX (203) 724-0866 |

September 4, 2013

**Electronically Filed**

Judge Joseph F. Bianco
United States Federal Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:    <u>Vistage Worldwide et. al. v. Ramerini, CV 13-3739(JFB, AKT)</u>

Dear Judge Bianco:

      We write on behalf of both Plaintiffs and Defendant to inform the Court that we have reached a settlement in principle with regard to the above captioned matter. In light of this development, we are seeking a thirty (30) day adjournment of the initial conference in this matter, presently scheduled for September 10, 2013, and all attendant deadlines contained in the July 9, 2013 Initial Conference and Case Management Order while we draft and finalize the settlement agreement. This would also extend the Defendant's time to file responsive papers to the complaint until October 4, 2013. While we have previously agreed with defense counsel to extend their time to respond to the complaint, this is the first request for the adjournment of any Court ordered conference or disclosure deadlines.

      We thank the Court for its consideration of our request.

                                                        Respectfully Submitted,

                                                        Christopher J. Sovak, Esq.

cc:    Eve Klein, Esq.