Christopher J. Sovak (CS 3164)
BUSHELL, SOVAK, OZER & GULMI LLP
28 West 44th Street, Suite 1014
New York, New York 10036
Tel: 212-949-4700
csovak@bushellsovak.com
*Attorneys for Plaintiffs Vistage Worldwide, Inc. and Vistage International, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

VISTAGE WORLDWIDE, Inc and VISTAGE
INTERNATIONAL, INC.

               Plaintiffs,

               v.

STEVEN RAMERINI, a/k/a STEPHEN RAMERINI

               Defendant.

----------------------------------------------------------------- X

Index No.

**STIPULATION OF DISMISSAL**

IT IS STIPULATED AND AREED, that the above captioned action is hereby dismissed and without costs to either party.

IT IS FURTHER STIPULATED AND AGREED, that the Court shall retain continuing jurisdiction over this case solely for the purpose of enforcing the parties' confidential settlement agreement (not attached), terminating the above captioned action.

Dated: New York, New York
      10/7, 2013

**DUANE MORRIS, LLP**

By: _____
Eve I. Klein
1540 Broadway
New York, NY 10036
*Attorneys for Defendant Stephan Ramerini*

**BUSHELL, SOVAK, OZER & GULMI LLP**

By: _____
Christopher J. Sovak
28 W. 44th Street, Suite 1014
New York, New York 10036
*Attorneys for Plaintiffs Vistage Worldwide, Inc. and Vistage International, Inc.*

So ordered

By: _____
Joseph F. Bianco, U.S.D.J.                    Date: _____