F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 08 2013 ★

LONG ISLAND OFFICE

Christopher J. Sovak (CS 3164)
BUSHELL, SOVAK, OZER & GULMI LLP
28 West 44th Street, Suite 1014
New York, New York 10036
Tel: 212-949-4700
csovak@bushellsovak.com
*Attorneys for Plaintiffs Vistage Worldwide, Inc. and Vistage International, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

VISTAGE WORLDWIDE, Inc and VISTAGE
INTERNATIONAL, INC.

       Plaintiffs,

    v.

STEVEN RAMERINI, a/k/a STEPHEN RAMERINI

       Defendant.

------------------------------------------------------------X

Index No 13-cv-03739

**STIPULATION OF DISMISSAL**

    IT IS STIPULATED AND AREED, that the above captioned action is hereby dismissed and without costs to either party.

    IT IS FURTHER STIPULATED AND AGREED, that the Court shall retain continuing jurisdiction over this case solely for the purpose of enforcing the parties' confidential settlement agreement (not attached), terminating the above captioned action.

Dated: New York, New York
    10/7, 2013

| DUANE MORRIS, LLP | BUSHELL, SOVAK, OZER & GULMI LLP |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Eve I. Klein | Christopher J. Sovak |
| 1540 Broadway | 28 W. 44th Street, Suite 1014 |
| New York, NY 10036 | New York, New York 10036 |
| *Attorneys for Defendant Stephan Ramerini* | *Attorneys for Plaintiffs Vistage Worldwide, Inc. and Vistage International, Inc.* |

*[Handwritten note at bottom left:]* The Clerk of the Court shall close the case.

*[Handwritten signature]*
/s/ Joseph F. [Bianco]
USDJ

Date: Oct. 8, 20 13
Central Islip, N.Y.